UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) IN PROCEEDINGS UNDER CHAPTER 13 |
| FLORESIA ALLEN | ) CASE NO.13-31921 JAM |
| DEBTOR(S) | ) OCTOBER 15, 2013 |

## REQUEST FOR CONFIRMATION HEARING AND MOTION TO DISMISS

Molly T. Whiton, Chapter 13 Standing Trustee herein, respectfully requests that a confirmation hearing be scheduled in the above-captioned case, and, in the event that the plan is not confirmable, moves for dismissal of the case.

In the event the debtor's plan is not confirmed, the Trustee requests an administrative allowance in the amount of $250.00 to be paid from any funds held pursuant to 11 U.S.C. § 1326.

/s/ Molly T. Whiton, Esq.
Molly T. Whiton, Ch 13 Standing Trustee
Fed id #02214
10 Columbus Blvd., Hartford, CT 06106
(860) 278-9410
(860) 527-6185
email: mtwhiton@mtwhiton.com

This is to certify that a copy hereof was mailed, postage prepaid, on the above date, to the following:

**Debtor:**
FLORESIA ALLEN
472 LIBERTY STREET
MERIDEN, CT  06450

**DEBTOR'S COUNSEL: BY ELECTRONIC NOTICE**
JOSEPH J. D'AGOSTINO JR., ESQ.
joseph@lawjjd.com

**Office of the U. S. Trustee: BY ELECTRONIC NOTICE**
USTPRegion02.NH.ECF@USDOJ.GOV

/s/ Molly T. Whiton, Esq.
Molly T. Whiton, Esq.
Chapter 13 Trustee

Please set for 12/5/13