# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

IN RE:                                                                          CASE NO. 13-31921

Floresia Allen

DEBTOR(S)                                                                    CHAPTER 13

## ORDER DISMISSING CHAPTER 13 CASE

_____   The debtor has filed a motion in accordance with 11 U.S.C. § 1307(b) seeking to dismiss this case, and it appears that the case has not been converted previously under 11 U.S.C. § 706 or § 1112.

XXX   A party in interest, (the Chapter 13 Trustee), other than the debtor has filed a motion in accordance with 11 U.S.C. § 1307(c) seeking to dismiss the case. The court finds, after notice and a hearing, that the motion should be granted without prejudice.

_____   A Court's motion having been heard for failure to file _____ notice having been given.

**IT IS ORDERED THAT:**

1. This chapter 13 case is dismissed.

2. The trustee shall file a final accounting under chapter 13 within 90 days from the date of this order.

3. The Order of      N/A      directing to make periodic payments made to the trustee is rescinded and future payments of wages should be made without such deductions.

Dated: December 6, 2013                                      BY THE COURT

*Julie A. Manning*
Julie A. Manning
United States Bankruptcy Judge